**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CENEXA LABS LLC d/b/a CENEXA LABS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:26-cv-08806<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF ELI LILLY AND COMPANY'S**
**DISCLOSURE OF INTERESTED PARTIES**

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties (Dkt. No. 6), counsel for Plaintiff Eli Lilly and Company identifies the following entities that are financially interested in this litigation:

1. Plaintiff Eli Lilly and Company, a corporation organized and existing under the laws of Indiana that has its principal place of business in Indiana.
2. Defendant Cenexa Labs LLC d/b/a Cenexa Labs, a Texas-based limited liability company organized under the laws of the State of Wyoming with an address at 680 S Cache Street, Suite 100-8790, Jackson, WY 83001.

Dated: October 21, 2026

Respectfully submitted,

*/s/ James John Lomeo*

James John Lomeo (*Attorney-in-charge*)
Texas Bar No. 24118993
Southern District No. 3511238
KIRKLAND & ELLIS LLP
401 West 4th Street
Austin, TX 78701
Telephone: (512) 355-4316
Facsimile: (512) 678-9101
james.lomeo@kirkland.com

Diana M. Watral (*pro hac vice forthcoming*)
James R.P. Hileman (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
diana.watral@kirkland.com
jhileman@kirkland.com

David I. Horowitz (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (213) 680-8374
Facsimile: (310) 552-5900
dhorowitz@kirkland.com

Chase Chesser (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
150 3rd Avenue South, Suite 1220
Nashville, TN 37201
Telephone: (629) 222-0131
Facsimile: (629) 222-0101
chase.chesser@kirkland.com

*Counsel for Plaintiff Eli Lilly and Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of October 2026, a true and correct copy of the above was electronically filed with the Clerk of Court using the CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means. Because Cenexa Labs LLC has not yet appeared in this case, the undersigned also hereby certifies that on this 21st day of October 2026, a true and correct copy of the above was mailed to Defendant Cenexa Labs LLC's registered agent at the below address:

Cenexa Labs LLC d/b/a Cenexa Labs
c/o Registered Agents Inc.
30 N. Gould St, Ste R
Sheridan, WY 82801

*/s/ James John Lomeo*
James John Lomeo